UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------------------x
Tingley Rubber Corp.,                           :
                                                :
                        Plaintiff,              :   Court No. 20-03711
                                                :
        v.                                      :
                                                :
United States,                                  :
                                                :
                        Defendant.              :
                                                :
-------------------------------------------------------------x
```

## **COMPLAINT**

Plaintiff, Tingley Rubber Corp., through its undersigned attorneys, alleges the following as its complaint in this case:

1. The Court has jurisdiction of this action under 28 U.S.C. § 1581(a).

2. Plaintiff is the importer of record of the subject merchandise.

3. The protests and summons in this action were timely filed.

4. All liquidated duties, charges and exactions were paid prior to the commencement of this action.

5. The subject merchandise consists of latex rubber boot savers.

6. The subject boot savers are below the ankle footwear.

7. The subject merchandise was classified upon liquidation by U.S. Customs and Border Protection ("CBP") under subheading 6401.92.90, HTSUS.

8. The subject latex rubber boot savers are properly classified under subheading 6401.99.30, HTSUS.

9. CBP issued ruling HQ H303063 on August 19, 2019, confirming that Tingley Rubber Corp.'s latex rubber boot savers are properly classified under subheading 6401.99.30, HTSUS.

**WHEREFORE**, Plaintiff respectfully requests the Court to enter judgment holding that the subject merchandise is properly classifiable under subheading 6401.99.30, HTSUS, and to order CBP to re-liquidate the subject entries with refunds of excess duties paid and with interest as provided by law, and granting such further relief as the Court deems proper.

          Respectfully submitted,

          GRUNFELD, DESIDERIO, LEBOWITZ
          SILVERMAN & KLESTADT LLP
          *Attorneys for Plaintiff*

By:  /s/ *Joseph M. Spraragen*
     Joseph M. Spraragen
     599 Lexington Avenue, FL 36
     New York, New York 10022
     Tel. (212) 557-4000
     jspraragen@gdlsk.com

Dated: October 31, 2024
       New York, New York