UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. GARY S. KATZMANN, JUDGE

------------------------------------------------------------x
Tingley Rubber Corp.,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　Court No.　20-03711
　　　　　　*Plaintiff*,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　v.　　　　　　　　　　　　　　　:
United States,　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　*Defendant*.　　　　　　　　　　　　:
------------------------------------------------------------x

**STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree:

1. The protest was filed and the action was commenced within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2. The imported merchandise consists of latex rubber boot savers.

3. The latex rubber boot savers were classified at entry and liquidation under subheading 6401.92.90, Harmonized Tariff Schedule of the United States (HTSUS), which provides for "[w]aterproof footwear with outer soles and uppers of rubber or plastics, the uppers of which are neither fixed to the sole nor assembled by stitching, riveting, nailing, screwing, plugging or similar processes: [o]ther footwear: [c]overing the ankle but not covering the knee: [o]ther: [o]ther," dutiable at the rate of 37.5% *ad valorem*.

1

4. The latex rubber boot savers are properly classifiable under subheading 6401.99.30, HTSUS, which provides for "[w]aterproof footwear with outer soles and uppers of rubber or plastics, the uppers of which are neither fixed to the sole nor assembled by stitching, riveting, nailing, screwing, plugging or similar processes: [o]ther footwear: [o]ther: [o]ther: [d]esigned to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather: [d]esigned for use without closures," dutiable at the rate of 25% *ad valorem.*

5. The imported merchandise covered by the entries set forth on the attached Schedule A is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with interest provided by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: /s/ Joseph M. Spraragen 12/30/2024
JOSEPH M. SPRARAGEN
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel.: (212) 557-4000
Attorneys for Plaintiff

By: /s/ Justin R. Miller 12/30/2024
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

/s/ Marcella Powell 12/30/2024
MARCELLA POWELL
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
Tel. (212) 264-1873 or 9230
Attorneys for Defendant

## SCHEDULE A (2) TO STIPULATED JUDGMENT CIT No. 20-03711

**Port:** Chicago, Illinois (3901)

**Summons Filed:** October 1, 2020

| PROTEST NUMBER | ENTRY NUMBER | ENTRY LINE NUMBER | | |
|---|---|---|---|---|
| 3901-19-103315 | 420-2048858-3 | 1 | | |
| 3901-19-103315 | 420-2049848-3 | 1 | | |
| 3901-19-103315 | 420-2050088-2 | 1 | | |

**IT IS HEREBY ORDERED** that this Action is decided and the final judgment is to be entered by the Clerk of this Court, and that the appropriate Customs officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date:   1/6/25

/s/ *Gary S. Katzmann*
Gary S. Katzmann, Judge

3